# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

**Debtor:** ABEL R PENA
**Case Number:** 4:18-BK-06274-SHG  **Chapter:** 7
**Date / Time / Room:** TUESDAY, JULY 17, 2018 01:30 PM   COURTROOM 329
**Bankruptcy Judge:** SCOTT H. GAN
**Courtroom Clerk:** TERESA MATTINGLY
**Reporter / ECR:** LATOSHA TRIPP

## Matter:

HEARING ON MOTION FOR SALE OF PROPERTY FREE AND CLEAR OF LIENS FILED BY SCOTT D. GIBSON OF UPRIGHT LAW ON BEHALF OF ABEL R PENA .

**R / M #:** 13 / 0

## Appearances:

MICHAEL BOSCO, ATTORNEY FOR WELLS FARGO

## Proceedings:

Mr. Gibson's office has contacted Chambers and requested a continuance due to health issues.

**COURT: THE HEARING IS CONTINUED TO TUESDAY, AUGUST 21, 2018 AT 1:30 P.M.**